**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| IN RE:<br><br>PAMELA HYDE BELL,<br><br>Debtor. | ) | Case No. 3:25-bk-03593<br>Chapter 7<br>Judge Randal S. Mashburn |
| JEANNE ANN BURTON, TRUSTEE,<br><br>Plaintiff,<br>v.<br><br>PAMELA HYDE BELL, individually and as Trustee for MERIDIUS TRUST; LOYD BINFORD BELL, as Trustee for MERIDIUS TRUST; ROBERT OLIVER HYDE, as Trustee for MERIDIUS TRUST; LOYD BINFORD BELL III; KATHERINE WESLEY BELL; CHARLES WORTH BELL; ROBERT ANDREW BELL; and WILLIAM SIMPSON BELL,<br><br>Defendant. | ) | Adv. Proc. No. 3:26-ap-90075 |

**PLAINTIFF'S PRETRIAL STATEMENT**

Plaintiff Chapter 7 Trustee Jeanne Ann Burton submits this pretrial statement ahead of the November 4, 2026 pre-trial conference. The remaining defendants in this adversary proceeding—Pamela Hyde Bell individually and as Trustee for the Meridius Trust, and Loyd Binford Bell as Trustee for the Meridius Trust—still have no counsel. While Plaintiff intends to file default against the trustees of the Meridius Trust, she is planning to appear at the pre-trial conference to answer questions from the Court and for these *pro se* defendants to ask the Court questions as appropriate.

Respectfully,

*/s/ Trent Meriwether*
Justin Campbell (BPR No. 031056)
Trent Meriwether (BPR No. 038577)
THOMPSON BURTON, PLLC
6100 Tower Circle, Suite 200
Franklin, TN 37067
(615) 465-6000
justin@thompsonburton.com
trent@thompsonburton.com
*Counsel for the Trustee*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October 2026, a true and correct copy of the foregoing was electronically filed with the Clerk's office, served via the Clerk's e-filing system on all parties of record, and served on the following by the indicated method:

U.S. Mail:

Pamela Hyde Bell, individually
and as Trustee for Meridius Trust
219 Gloucester Street
Franklin, TN 37064

U.S. Mail & Email:

Loyd Binford Bell, as Trustee
for Meridius Trust
219 Gloucester Street
Franklin, TN 37064
185wb@bellsouth.net

*/s/ Trent Meriwether*
Trent Meriwether